# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JOHN SKORUPSKI,

     Plaintiff,

v.                                   Case No: 8:22-cv-627-JSM-AEP

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., KENDRICK
FOLSOM, MARIE MUELLER, REGINA
JOHNSON and GILBERT,

     Defendants.

_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. 110), Plaintiff's Response (Dkt. 111), and Defendants' Response (Dkt. 112).

After careful consideration of the Report and Recommendation of the Magistrate Judge, the parties' responses, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. 110) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.    Defendants' Motion to Quash Service (Dkt. 107) is GRANTED.

3.     Plaintiff shall execute proper service on Defendants Kendrick Folson, Marie

Mueller, Nurse Gilbert, and Regina Johnson within 60 days from the date of

this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of May, 2024.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record